UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON BRAVO-LUCATERO,<br><br>Defendant. | NO. CR-05-2151-RHW<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

Before the Court is Defendant's Motion to Dismiss (Ct. Rec. 28). The motion was heard without oral argument. The Government does not oppose Defendant's motion to dismiss.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss (Ct. Rec. 28) is **GRANTED**.
2. The above-captioned case is **dismissed** with prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and the U.S. Marshal.

**DATED** the 22nd day of February, 2006.

s/ Robert H. Whaley

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2005\Bravo-Lucatero\dismiss.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ~ 1**